No. 03–7248. DANIEL *v.* SOUTHWEST AIRLINES CO. C. A. 11th Cir. Certiorari denied.

No. 03–7250. SPARROW *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–7251. ROACH *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 03–7252. RICE *v.* COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 03–7256. SHEA *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–7257. SWAFFORD *v.* RUNNELS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–7258. CLARK *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 03–7259. DAVIS *v.* COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 03–7260. JUAREZ *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–7270. PRUITT *v.* MCADORY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 03–7272. POMALES *v.* MOORE, ADMINISTRATOR, EAST JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–7275. WOODS *v.* GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–7277. ROBLES *v.* CLARKE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–7279. MILLER *v.* TYSON FOODS, INC. C. A. 11th Cir. Certiorari denied.